In the Matter of the Transfer Tax upon the Estate of MARY G. HOFFMAN, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; MARY U. HOFFMAN, Individually and as Executrix, Respondent.

*Matter of Hoffman*, 161 App. Div. 836, affirmed.
(Argued October 5, 1914; decided October 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

April 17, 1914, which reversed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Mary G. Hoffman, deceased. . .

*Theodore Du Moulin, George Thoms* and *Edward F. Boyle* for appellant.

*T. Ludlow Chrystie* and *Walter Trimble* for respondent.

Order affirmed, with costs, on opinion of LAUGHLIN, J., below.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.